**Form 1**

Page: 1

# Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| Case No.: 20-10163 | Trustee Name: (620570) Elisabeth Donnovin |
| Case Name: WOODLANDS HEALTHCARE & REHAB, LLC | Date Filed (f) or Converted (c): 01/15/2020 (f) |
| | § 341(a) Meeting Date: 03/25/2020 |
| For Period Ending: 12/31/2020 | Claims Bar Date: |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash on hand | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 2 | vendor deposits | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 3 | A/R 90 days old or less. Face amount = $1,592,836.00. Doubtful/Uncollectible accounts = $0.00. | 1,592,836.00 | 1,592,836.00 | | 0.00 | FA |
| 4 | machinery and equipment) Equipment and furniture. | 56,737.00 | 56,737.00 | | 0.00 | FA |
| 5 | checking Account at Regions Bank- depository, xxxxxx5170 (u) | 88.00 | 88.00 | | 0.00 | FA |
| 6 | checking Account at Regions Bank-operating, xxxxxx2076 (u) | 100.00 | 100.00 | | 0.00 | FA |
| 7 | checking Account at Regions Bank-payroll, xxxxxx4440 (u) | 100.00 | 100.00 | | 0.00 | FA |
| 8 | A/R 90 days old or less. Face amount = $377,079.13. Doubtful/Uncollectible accounts = $377,079.13. (u) | 0.00 | 0.00 | | 0.00 | FA |
| 8 | **Assets    Totals**    (Excluding unknown values) | **$1,751,361.00** | **$1,751,361.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/31/20--request records relating to potential avoidance actions and pursue actions to the extent appropriate.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/30/2022 | **Current Projected Date Of Final Report (TFR):** 12/30/2022 |